UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81492 -CIV-HURLEY/WHITE

**MICHAEL SINGLETARY,**
    **petitioner,**
**v.**

**UNITED STATES OF AMERICA,**
    **respondent.**
    _____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE AND CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255**

**THIS CAUSE** is before the court upon the petitioner's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 [DE# 1], which was previously referred to Magistrate Judge Patrick White for proposed findings and recommended disposition.

On May 25, 2011, Magistrate Judge White filed a report and recommendation [DE# 10] recommending that the motion to vacate, set aside and correct sentence be denied. More than fourteen days have elapsed since that time, with no objections to the report and recommendation submitted by petitioner.

Following careful review, the court finds the Magistrate Judge's findings and recommendations to be sound and well reasoned, and accordingly approves and adopts them here in full.

It is accordingly **ORDERED** and **ADJUDGED**:

1.     Magistrate Judge White's May 25, 2011 Report and Recommendation [DE # 10] is **APPROVED AND ADOPTED** in full.

2.     The petitioner's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 [DE # 1] is **DENIED.**

      3.      The Clerk of Court is directed to enter this case as **CLOSED** and declare all pending motions **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 8th day of July, 2011.

                                               Daniel T. K. Hurley
                                               United States District Judge

Copies furnished to:

United States Magistrate Judge Patrick White

Michael Singletary, *pro se*
Reg. No. 7312-004
MCFP-Springfield Medical Center/Federal Prisoners
PO Box 4000
Springfield, MO 65810

Robert H. Waters, Jr., AUSA